# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SHONDELL KILLEBREW,**
        **Plaintiff,**

    **v.**                      **Case No. 14-CV-1572**

**ROBERTA GAITHER, JEFFREY PECK, and LATOSHA PERRY,**
        **Defendants,**

---

## DECISION AND ORDER

Plaintiff, Shondell Killebrew, filed a <u>pro</u> <u>se</u> complaint under 42 U.S.C. § 1983.  I directed plaintiff to forward to the Clerk of Court $1.16 as an initial partial filing fee in this action.  Plaintiff first filed a request to waive the initial partial filing fee on January 12, 2015, along with a copy of his prisoner trust account statement showing a zero balance in all of his accounts.  Although plaintiff receives an average monthly deposit of $5.12, any money that arrives in his account is immediately transferred to pay existing debts.  Again on February 2, 2015, plaintiff submitted his prison trust account statement with a request to waive the initial partial filing fee.  "In no event shall a prisoner be prohibited from bringing a civil action . . . for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."  28 U.S.C. § 1915(b)(4).

**THEREFORE, IT IS ORDERED** that plaintiff's request to waive the initial partial filing fee (Docket #8) is **GRANTED**.  I will issue a separate order screening plaintiff's complaint.

Dated at Milwaukee, Wisconsin, this 10th day of February, 2015.

                s/ Lynn Adelman

                _____
                LYNN ADELMAN
                District Judge